# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Allen Marden, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Burlington Northern Santa Fe Company, ) | |
| Burlington Northern Santa Fe Logistics, ) | |
| LLC, Met Life Associates, LLC; MetLife ) | |
| Global Operations Support Center Private ) | |
| Limited; Metlife Group, Inc.; MetLife ) | |
| Investors Distribution Company; MetLife ) | |
| Securities, Inc., ) | |
| ) | Case No. 1:11-cv-015 |
| Defendants. ) | |

Before the court is Metropolitan Life Insurance Company's motion for attorney William D. Hittler to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney William D. Hittler has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, Metropolitan Life Insurance Company's motion (Docket No. 6) is **GRANTED**. Attorney William D. Hittler is admitted to practice before this court in the above-entitled action on its behalf.

**IT IS SO ORDERED.**

Dated this 10th day of March, 2011.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge